**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELIZABETH ANNE EVANS,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11901

Judge Mary M. Rowland

Magistrate Judge Daniel P. McLaughlin

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION

Plaintiff, Elizabeth Anne Evans ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests that Plaintiff be given leave to file Plaintiff's brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order in excess of 15 pages. As part of the TRO, Plaintiff seeks: (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Infringing Lily Greenwood Products; (2) a temporary restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting; and (3) expedited discovery allowing Plaintiff to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of Infringing Lily Greenwood Products and Defendants' financial accounts (collectively, the "*Ex Parte* Motion for TRO"). Plaintiff's *Ex Parte* Motion for TRO includes three (3) distinct issues regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each issue that should be considered. Plaintiff's brief is less than 20 pages, which is substantially less than the 45-page limit allowed if three motions were filed separately. Plaintiff, therefore, respectfully requests that Plaintiff be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

DATED: September 30, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***