**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELIZABETH ANNE EVANS,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11901

Judge Mary M. Rowland

Magistrate Judge Daniel P. McLaughlin

**DECLARATION OF ELIZABETH ANNE EVANS**

I, Elizabeth Anne Evans, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates all the Lily Greenwood Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a professional painter creating art under the name Lily Greenwood. My work reflects a love of nature and is often inspired by multitudes in nature and the flow of that multitude. I usually employ an element of collage material, using paper copies of my own paintings or printmaking studies. I am also greatly influenced by the colors and aesthetics of eighteenth-century Japanese printmakers and kimono design. I am interested in discovering how to create appealing aesthetic, flow, and energy in my work. Overall, I want to create something the viewer can take enjoyment from. I have been painting

professionally since 2006 and have participated in numerous exhibitions and am featured in collections worldwide.

4. I am the official source of products associated with the Lily Greenwood Works (the "Lily Greenwood Products"):




https://www.saatchiart.com/account/artworks/328402?hitsPerPage=100

5. I am the owner of the copyright registrations for the Lily Greenwood copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-410-096; VA 2-410-115; VA 2-410-111; VA 2-410-125; VA 2-410-825; VA 2-410-110; VA 2-410-103; and VA 2-410-097 (the "Lily Greenwood Works"). True and correct copies of the copyright registrations for the Lily Greenwood Works are attached as **Exhibit 1.**

6. I control the quality of all materials and content that feature the distinctive Lily Greenwood Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing and otherwise promoting the Lily Greenwood Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Lily Greenwood Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores”), which were offering for sale, selling, and importing unauthorized versions of the Lily Greenwood Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Lily Greenwood Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Lily Greenwood Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that Infringing Lily Greenwood Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Lily Greenwood Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Lily Greenwood copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Lily Greenwood Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Lily Greenwood Works are meant to be exclusive rights.

13. The marketing and distribution of the Lily Greenwood Works and derivative works are aimed at growing and sustaining sales. When infringers use the Lily Greenwood Works without authorization, the exclusivity associated with the Lily Greenwood Works, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Lily Greenwood Works create the impression that the copyright rights associated with the Lily Greenwood Works may be infringed with impunity. The Lily Greenwood Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Lily Greenwood Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss

of unquantifiable future sales. The devaluing of the intellectual property associated with the Lily Greenwood Works cannot be compensated for financially since it erodes my ability to monetize the Lily Greenwood Works.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2026.

*Elizabeth Anne Evans*

________________________

Elizabeth Anne Evans