Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-410-096**
**Effective Date of Registration:**
June 28, 2024
**Registration Decision Date:**
August 27, 2024

## Title

**Title of Work:** Butterflies on Black

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** February 16, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Elizabeth Anne Evans
  **Pseudonym:** Lily Greenwood
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Elizabeth Anne Evans
49 Etterby Lea Crescent, Carlisle, CA3 9LG, United Kingdom

## Rights and Permissions

**Name:** Elizabeth Anne Evans
**Email:** mail@lilygreenwood.com
**Address:** 49 Etterby Lea Crescent
Carlisle CA3 9LG United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-410-115**

**Effective Date of Registration:**
June 28, 2024

**Registration Decision Date:**
August 27, 2024

## Title

**Title of Work:** Butterflies on Pale Ochre

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 06, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Elizabeth Anne Evans
  **Pseudonym:** Lily Greenwood
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Elizabeth Anne Evans
49 Etterby Lea Crescent, Carlisle, CA3 9LG, United Kingdom

## Rights and Permissions

**Name:** Elizabeth Anne Evans
**Email:** mail@lilygreenwood.com
**Address:** 49 Etterby Lea Crescent
Carlisle CA3 9LG United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-410-111**
**Effective Date of Registration:**
June 28, 2024
**Registration Decision Date:**
August 27, 2024

## Title

**Title of Work:** Butterflies on Ochre

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 12, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Elizabeth Anne Evans
  **Pseudonym:** Lily Greenwood
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Elizabeth Anne Evans
49 Etterby Lea Crescent, Carlisle, CA3 9LG, United Kingdom

## Rights and Permissions

**Name:** Elizabeth Anne Evans
**Email:** mail@lilygreenwood.com
**Address:** 49 Etterby Lea Crescent
Carlisle CA3 9LG United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-410-125**
**Effective Date of Registration:**
June 28, 2024
**Registration Decision Date:**
August 27, 2024

## Title

**Title of Work:** Heather Butterflies

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** March 09, 2009
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Elizabeth Anne Evans
  **Pseudonym:** Lily Greenwood
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Elizabeth Anne Evans
49 Etterby Lea Crescent, Carlisle, CA3 9LG, United Kingdom

## Rights and Permissions

**Name:** Elizabeth Anne Evans
**Email:** mail@lilygreenwood.com
**Address:** 49 Etterby Lea Crescent
Carlisle CA3 9LG United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-410-825**
**Effective Date of Registration:**
June 28, 2024
**Registration Decision Date:**
September 03, 2024

## Title

**Title of Work:** Summer Butterflies

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** June 18, 2008
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Elizabeth Anne Evans
  **Pseudonym:** Lily Greenwood
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Elizabeth Anne Evans
49 Etterby Lea Crescent, Carlisle, CA3 9LG, United Kingdom

## Rights and Permissions

**Name:** Elizabeth Anne Evans
**Email:** mail@lilygreenwood.com
**Address:** 49 Etterby Lea Crescent
Carlisle CA3 9LG United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-410-110**
**Effective Date of Registration:**
June 28, 2024
**Registration Decision Date:**
August 27, 2024

## Title

**Title of Work:** Butterflies on Blues/Greens

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 01, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Elizabeth Anne Evans
  **Pseudonym:** Lily Greenwood
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Elizabeth Anne Evans
49 Etterby Lea Crescent, Carlisle, CA3 9LG, United Kingdom

## Rights and Permissions

**Name:** Elizabeth Anne Evans
**Email:** mail@lilygreenwood.com
**Address:** 49 Etterby Lea Crescent
Carlisle CA3 9LG United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-410-103**

**Effective Date of Registration:**
June 28, 2024
**Registration Decision Date:**
August 27, 2024

## Title

**Title of Work:** Butterflies on Blue

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** June 19, 2008
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Elizabeth Anne Evans
  **Pseudonym:** Lily Greenwood
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Elizabeth Anne Evans
49 Etterby Lea Crescent, Carlisle, CA3 9LG, United Kingdom

## Rights and Permissions

**Name:** Elizabeth Anne Evans
**Email:** mail@lilygreenwood.com
**Address:** 49 Etterby Lea Crescent
Carlisle CA3 9LG United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-410-097**

**Effective Date of Registration:**
June 28, 2024
**Registration Decision Date:**
August 27, 2024

## Title

**Title of Work:** Butterflies on Prussian Blue/Turquoise/Gold

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 07, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Elizabeth Anne Evans
  **Pseudonym:** Lily Greenwood
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Elizabeth Anne Evans
49 Etterby Lea Crescent, Carlisle, CA3 9LG, United Kingdom

## Rights and Permissions

**Name:** Elizabeth Anne Evans
**Email:** mail@lilygreenwood.com
**Address:** 49 Etterby Lea Crescent
Carlisle CA3 9LG United Kingdom

## Certification

**Name:** David Denholm

